NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE DAVID M. PROKOP**

---

2014-1423

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in serial No. 90/012,124.

---

**JUDGMENT**

---

KEVIN A. ZECK, Perkins Coie LLP, of Seattle, Washington, argued for appellant. With him on the brief was RAMSEY M. AL-SALAM.

MARY L. KELLY, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, THOMAS W. KRAUSE, Deputy Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 12, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |